```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP AND TIMOTHY KELLY
 4  Certified Student Attorneys
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  Gregory Bradley

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    ) No. 11-MJ-00070-KJN
15                               )
                Plaintiff,       ) STIPULATION AND ORDER TO CONTINUE
16                               ) COURT TRIAL
         v.                      )
17                               )
    GREGORY BRADLEY,             )
18                               ) Date: May 9, 2011
                Defendant.       ) Time: 9:00 a.m.
19                               ) Judge: Hon. Kendall J. Newman
    _____)
20

21       It is hereby stipulated and agreed to between the United States of

22  America through Jill Thomas, Assistant U.S. Attorney, and defendant,

23  GREGORY BRADLEY, by and through his counsel, Linda C. Harter, Chief

24  Assistant Federal Defender, that the court trial set for Monday, April

25  4, 2011 at 9:00 a.m. be rescheduled for Monday, May 9, 2011 at 9:00

26  a.m..

27  //

28  //
```

The defendant requires more time to contemplate a plea offer sent over by the U.S. Attorneys office to see if this case can be resolved outside of trial.

DATED: March 31, 2011                    Respectfully submitted,
                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Rachelle Barbour for
                                         LINDA C. HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         GREGORY BRADLEY


DATED: March 31, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Jill Thomas
                                         JILL THOMAS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED:  March 31, 2011

                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE